# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JASON MARCUS JONES, | ) |
|     Plaintiff, | ) |
|     v. | )  2:15-cv-01720-RFB-GWF |
| ROMEO ARANAS et al., | )  **ORDER** |
|     Defendants. | ) |

## I.  DISCUSSION

When Defendants removed this case, Plaintiff's address was located at High Desert State Prison ("HDSP"). (*See* ECF No. 1-4). Plaintiff has not submitted a written notification of his change of address. On February 17, 2016, this Court entered a screening order and directed Plaintiff to file an amended complaint within thirty (30) days from the date of that order to cure the deficiencies of Plaintiff's complaint. (ECF No. 8 at 10). The screening order stated that if Plaintiff chose not to file an amended complaint, the case would proceed against Defendants Nurse Gregg, Bankston, and Anderson on the deliberate indifference to serious medical needs claim only. (*Id.* at 10-11). On March 1, 2016, the Clerk's Office received the order returned as undeliverable because Plaintiff was no longer at HDSP. (ECF No. 11).

The Court notes that pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff shall immediately file with the Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. This Court grants Plaintiff until Friday, April 1, 2016 to file his updated address with this Court. If Plaintiff does not update the Court with his current address on or before Friday, April 1, 2016, the Court will dismiss this action without prejudice.

Additionally, if Plaintiff chooses to file an amended complaint in compliance with this Court's screening order (ECF No. 8), Plaintiff shall do so on or before Friday, April 1, 2016.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court on or before Friday, April 1, 2016.

IT IS FURTHER ORDERED that, if Plaintiff fails to file his updated address with the Court on or before Friday, April 1, 2016, the Court shall dismiss this case without prejudice.

IT IS FURTHER ORDERED that if Plaintiff chooses to file an amended complaint in compliance with this Court's screening order (ECF No. 8) he shall do so on or before Friday, April 1, 2016.

IT IS FURTHER ORDERED that if Plaintiff files an updated address with the Court but does not file an amended complaint with the Court on or before Friday, April 1, 2016, this action shall proceed against Defendants Nurse Gregg, Bankston, and Anderson on the deliberate indifference to serious medical needs claim only.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, a copy of his original complaint (ECF No. 9), and a copy of the screening order (ECF No. 8). If Plaintiff chooses to file an amended complaint, he must use the approved form and he shall write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

DATED: This 14th day of March, 2016.

_____
United States Magistrate Judge

2