**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON MARCUS JONES, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )    2:15-cv-01720-RFB-GWF |
| ROMEO ARANAS et al., | )<br>)    **ORDER** |
| Defendants. | )<br>) |
| _____ | ) |

**I.  DISCUSSION**

On November 16, 2016, this Court granted Plaintiff's motion for appointment of counsel and referred the case to the pro bono program for appointment of counsel. (ECF No. 20 at 6). The Court also stayed the case for ninety (90) days to allow Plaintiff and Defendants an opportunity to settle their dispute before an answer is filed or the discovery process begins. (*Id.* at 7).

The Court now extends the stay until forty-five (45) days after the appointment of pro bono counsel. After the Court appoints pro bono counsel to this case, the Court will schedule an Inmate Early Mediation Conference. Defendants shall file a status report at the end of the forty-five (45) day stay extension.

///

///

///

///

///

///

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the stay is extended until forty-five (45) days after the appointment of pro bono counsel. Defendants shall file a status report at that time.

DATED: This 4th day of January, 2017.

_____
United States Magistrate Judge