1  ADAM PAUL LAXALT
     Attorney General
2  Frank A. Toddre II (Bar No. 11474)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Avenue, Suite 3900
   Las Vegas, NV 89101
5  (702) 486-3149 (phone)
   (702) 486-3773 (fax)
6  ftoddre@ag.nv.gov

7  Attorneys for Defendant
   James Bankston and Greg Garcia

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Jason Marcus Jones, | Case No. 2:15-cv-01720-RFB-GWF |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND LITIGATION STAY AND SET NEW EARLY MEDIATION CONFERENCE DATE** |
| vs. | |
| Warden Neven, et al., | |
| Defendants. | |

Plaintiff Jason Marcus Jones, by and through Victoria Neal Esq., of Kemp & Kemp, and Defendants James Bankston and Greg Garcia, by and through Adam Paul Laxalt, Attorney General for the State of Nevada, and Frank A. Toddre II, Deputy Attorney General, hereby stipulate to extend the current litigation stay from July 17, 2017, until August 18, 2017, and request that the Early Mediation Conference be set for August 4, 2017 at 1:30 PM.

///

///

///

///

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. RELEVANT PROCEDURAL HISTORY

On December 4, 2014, Jason Marcus Jones filed his civil rights Complaint in the Eighth Judicial District Court, in proper person. The Defendants petitioned to remove the action on September 8, 2015. (ECF No. 1). On February 17, 2016, the Court issued its first Screening Order and allowed Plaintiff to file an Amended Complaint to correct certain deficiencies in the Complaint. (ECF No. 8).

Jones filed a First Amended Complaint on March 30, 2016. The Court issued a second Screening Order on the Amended Complaint and further ordered Counsel appointed via the Federal Pro Bono Program. (ECF No. 20) On January 4, 2017, the Court extended the stay indefinitely until appointment of Counsel. (ECF No. 22). On May 31, 2017, the Court appointed Victoria L. Neal, Esq. and James P. Kemp, Esq. as Counsel of Record. As such, the Court stayed the action *ad infinitum* until 45 days after the appointment to allow the parties an opportunity to settle their dispute by way of an Early Mediation Conference. Pursuant to this order, the stay is set to end on July 17, 2017. *Id.*

Due to pre-existing commitments, the parties and the Court were unable to set a mutually agreeable time for the conference prior to July 17. The Court proposed alternative dates and the parties are now available to conduct the Early Mediation Conference on August 4, 2017. The parties communicated this mutually agreeable date to the Court on June 16, 2017.

///
///
///
///
///
///
///

## II. CONCLUSION AND REQUEST FOR RELIEF

As such, the parties move to extend the litigation stay from July 17, 2017 until August 18, 2017. The parties additionally request that the Early Mediation Conference be set for August 4, 2017, at 1:30 PM.

DATED June 20, 2017

KEMP & KEMP

By: /s/ Victoria L. Neal
James P. Kemp, Esq.,
Nevada Bar No. 6375
Victoria L. Neal, Esq.
Nevada Bar No. 13382
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
*Attorneys for Plaintiff*
*Jason Marcus Jones*

DATED June 20, 2017

ADAM PAUL LAXALT
Nevada Attorney General

By: /s/ Frank A. Toddre II
Frank A. Toddre II
Nevada Bar No. 11474
Deputy Attorney General
Office of the Nevada Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
*Attorneys for Defendants*
James Bankston and Greg Garcia

## ORDER

Dated: __June 26__, 2017

IT IS SO ORDERED:

_/s/ George Foley Jr._

UNITED STATES MAGISTRATE JUDGE