# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JASON MARCUS JONES,

            Plaintiff,

vs.

ROMEO ARANAS, *et al.*,

            Defendants.

2:15-cv-001720-RFB-GWF

**ORDER**

       This matter is before the Court on Plaintiff's Motion to Seal Information Contained in Summons (ECF No. 37), filed on September 26, 2017. Also before the Court is Plaintiff's Motion Identifying Unserved Defendant and Request for Issuance of a Summons (ECF No. 38), filed on September 26, 2017.

       This is an action on an amended civil rights complaint pursuant to 42 U.S.C. § 1983. On August 18, 2017, the Court instructed the Attorney General's Office to file a notice advising the Court and Plaintiff of the names of the defendants for whom it accepts service, the names of the defendants for whom it does not accept service, and the names of the defendants for whom it is filing last known address information under seal. For any defendants for which the Attorney's General's Office cannot accept service, the Office was instructed to file their last known addresses under seal, but not to serve such filing to Plaintiff. The Court further instructed Plaintiff to file a motion identifying any unserved defendants, requesting issuance of a summons, and specifying a full name and address for the defendants if service cannot be accepted for any of the named defendants.

       The Attorney General's Office filed the name and the last known address of a Defendant for

whom it does not accept service under seal. On September 21, 2017, Plaintiff filed a proposed summons (ECF No. 35) for Defendant. Plaintiff requests that the Court seal the proposed summons pursuant to Local Rule 10-5(b) as it contains information that was originally filed under seal. The Court finds good cause and grants Plaintiff's request to seal the proposed summons (ECF No. 35). Plaintiff identifies the name and address of the unserved defendant and requests issuance of a summons. The Court grants Plaintiff's request and instructs the Clerk of the Court to issue summons for the named defendant identified in his motion. *See Motion Identifying Unserved Defendant* (ECF No. 38), pg. 2. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Seal Information Contained in Summons (ECF No. 37) is **granted**. The Clerk of the Court shall seal the proposed summons (ECF No. 35).

**IT IS FURTHER ORDERED** that Plaintiff's Motion Identifying Unserved Defendant and Request for Issuance of a Summons (ECF No. 38) is **granted**. The Clerk of the Court shall issue summons for the named defendant identified in Plaintiff's motion.

DATED this 4th day of October, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge