JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV 89130
702-258-1183 ph./702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

*Attorneys for Plaintiff*
*Jason M. Jones*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| JASON M. JONES, | Case No.: 2:15-cv-01720-RFB-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |
| WARDEN NEVEN, *et. al.*, | |
| Defendants. | |

Plaintiff, Jason M. Jones ("Mr. Jones"), by and through his counsel of record, James P. Kemp, Esq., and Victoria L. Neal, Esq., of KEMP & KEMP, and Defendants, James Bankston and Greg Garcia, by and through Adam Paul Laxalt, Attorney General for the State of Nevada, and Frank A. Toddre II, Senior Deputy Attorney General, hereby stipulate and agree to dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorney's fees.

1

Dated: April 24, 2018

Respectfully submitted,

Victoria L. Neal
JAMES P. KEMP, ESQ.
VICTORIA L. NEAL, ESQ.
KEMP & KEMP

*Attorneys for Plaintiff*
*Jason M. Jones*

Dated: April 24, 2018

Respectfully submitted,

Frank A. Toddre
FRANK A. TODDRE II, ESQ.
Senior Deputy Attorney General

*Attorneys for Defendants*
*James Bankston and Greg Garcia*

## **ORDER**

**IT IS SO ORDERED.**

_____
HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT COURT JUDGE

Dated: April 25, 2018. ,
2018.